%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

HEATHER GAUTHIER

V.

RICKY SANTIAGO, a CITY OF LAWRENCE POLICE OFFICER, In his Individual and Official Capacities, SEVERAL OTHER UNKNOWN OFFICERS of the CITY OF LAWRENCE AS JOHN DOE, In their Individual and Official Capacities, and THE CITY OF LAWRENCE, a municipal corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CV 10136 RWZ

TO: (Name and address of Defendant)

Unknown Officers as John Doe
Police Department
Ninety Lowell Street
Lawrence, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc D. Padellaro
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA   02141

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE MAR 3 0 2005 | |
| NAME OF SERVER (PRINT) Richard D. Cornacchini | TITLE MASSACHUSETTS CONSTABLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  OFFicer purpora accepted service

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAR 3 0 2005
              Date

Signature of Server

Constable's Office
P.O. Box 410409
~~Cambridge MA 02141~~

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.