%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

HEATHER GAUTHIER

V.

RICKY SANTIAGO, a CITY OF LAWRENCE
POLICE OFFICER In his Individual and
Official Capacities, SEVERAL OTHER
UNKNOWN OFFICERS of the CITY OF
LAWRENCE AS JOHN DOE, In their
Individual and Official Capacities, and
THE CITY OF LAWRENCE, a municipal
corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CV 10136 RWZ

TO: (Name and address of Defendant)

City of Lawrence
Municipal Building
200 Common Street
Lawrence, MA   01840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc D. Padellaro
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA   02141

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 1/21/05

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | MAR 3 0 2005 |
| NAME OF SERVER (PRINT) *Richard D. Cornacchini* | TITLE **MASSACHUSETTS CONSTABLE** |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *200 Common Street Lawrence, MA*
    *Julio Guerrero clerk accepted*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAR 3 0 2005          *Richard D. Cornacchini*
                Date                  Signature of Server

                                    Constable's Office
                                    P.O. Box 410409
                                    Cambridge MA 02141
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.