UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER GAUTHIER,  )
      Plaintiff,  )
  )
v.  )    05-10136-RWZ
  )
RICKY SANTIAGO, ET AL.,  )
      Defendants.  )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Ricky Santiago.

Respectfully submitted,
For the Defendant,
**Ricky Santiago,**
By his attorney,

_____
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: April 19, 2005
f:\lpa\santiago\pldgs\noa.bmm.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, Esquire, hereby certify that I have served a true and accurate copy of the foregoing document upon Marc D. Padellaro, Esquire, Monahan & Padellaro, 43 Thorndike Street, Cambridge, MA 02141, and Charles Boddy, City Solicitor, Lawrence City Hall, Room 306, 200 Common Street, Lawrence, MA 01840.

_____
Brian M. Maser