UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER GAUTHIER, )
        Plaintiff, )
)
v. ) 05-10136-RWZ
)
RICKY SANTIAGO, ET AL., )
        Defendants. )

## JOINT STATEMENT

Pursuant to Fed.R.Civ.P. 26(f), Local Rule 16.1 and this Court's Notice dated May 2, 2005, the plaintiff Heather Gauthier and the Defendant Ricky Santiago submit this joint statement and proposed pre-trial schedule.

### I. Agenda for Scheduling Conference

The parties propose that the agenda for the June 23, 2005, initial scheduling conference include discussion of the following:

    a.    Settlement; and

    b.    The parties proposed joint discovery plan.

As required under Fed.R.Civ.P 26(f) and Local 16.1(B), counsel conferred on June 8, 2005, to establish the proposed agenda and pre-trial schedule.

### II. Joint Discovery Plan

**A.** **Initial Disclosure**

In accordance with Local Rule 26.2(a) and this Court's Order, the parties anticipate completing the disclosure of relevant documents and information as required by Fed.R.Civ.P 26(a)(1) on or before July 7, 2005.

**B.** **Fact Discovery Deadline**

The parties propose that all fact discovery, including depositions, be completed by January 6, 2006.

C.  **Written Discovery Requests**

The parties propose that written discovery requests to a party may be served at any time after the scheduling conference, provided that the party serving such requests has first made the initial disclosures required by Local Rule 26.2(A). All written discovery requests, including requests to admit under Fed.R.Civ.P. 36, must be served so that responses are due no later than December 6, 2005.

D.  **Depositions**

The parties propose that they may notice and take depositions at any time after the scheduling conference, providing that the party has first made initial disclosures required by Local Rule 26.2(A).

E.  **Expert Disclosure and Discovery**

Depositions of expert witnesses, if any, may be taken as provided in Fed.R.Civ.P. 26 before January 6, 2006.

### III.  Filing of Motions

The parties propose that all amendments to pleadings and joinder of additional parties shall be served no later than August 5, 2005.

The parties propose that any motions under Fed.R.Civ.P. 56 must be filed on or before February 6, 2006, and opposition papers to such motions shall be served pursuant to the Federal Rules of Civil Procedure.

### IV.  Proposed Conferences With Court and Final Pre-Trial Conference

The parties propose that the Court schedule a status conference in November 2005. The parties also agree to the scheduling of a final pre-trial conference within forty-five (45) days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. Otherwise, the parties propose that the final pre-trial conference be scheduled in March 2006.

2

### V. Trial by Magistrate Judge

The parties do not consent to trial by magistrate judge at this time.

### VI. Compliance with Local Rule 16.1(D)(3)

Plaintiff's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference.

Defendant's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiff,<br>**Heather Gauthier,**<br>By her attorney, | For the Defendants,<br>**Ricky Santiago,**<br>By his attorneys, |
| _/s/ Marc D. Padellaro_<br>Marc D. Padellaro<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 494-1188 | _/s/ B. Maser_<br>Matthew E. Dwyer (BBO# 139840)<br>Brian M. Maser (BBO# 655667)<br>Dwyer, Duddy and Facklam, P.C.<br>One Center Plaza, Suite 360<br>Boston, MA 02108<br>(617) 723-9777 |

f:\lpa\santiago\pldgs\joint.statement.doc

3