## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER GAUTHIER, <br>       Plaintiff, <br><br> v. <br><br> RICKY SANTIAGO, ET AL., <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> )     05-10136-RWZ <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as

counsel of record for the Defendant, Ricky Santiago, on the ground that he will no longer be

associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E.

Dwyer, Esquire, will continue to represent the Defendant in this action.

Respectfully submitted,
For the Defendant,
**Ricky Santiago,**
By his attorney,

Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: July 21, 2005
f:\lpa\santiago\pldgs\not.wd.app.bmm.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, Esquire, hereby certify that I have served a true and accurate copy of the
foregoing document upon Marc D. Padellaro, Esquire, Monahan & Padellaro, 43 Thorndike Street,
Cambridge, MA 02141, and Charles Boddy, City Solicitor, Lawrence City Hall, Room 306, 200
Common Street, Lawrence, MA 01840, this 21st day of July, 2005.

Brian M. Maser