UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HEATHER GAUTHIER,** )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>**RICKY SANTIAGO and CITY OF** )<br>**LAWRENCE** )<br>        **Defendants.** ) | C.A. No. 05-10136-RWZ |

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the Defendant, Ricky Santiago.

                                      Respectfully submitted,
                                      For the Defendant,
                                      **Ricky Santiago,**
                                      By his attorney,

                                      /s/ Kathleen A. Pennini
                                      Kathleen A. Pennini (BBO# 654573)
                                      Dwyer, Duddy and Facklam
                                      Attorneys At Law, P.C.
                                      Two Center Plaza, Suite 430
                                      Boston, MA 02108
Dated: September 27, 2005           (617) 723-9777

## CERTIFICATE OF SERVICE

    I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first-class mail, upon the following:

| | |
|---|---|
| Marc D. Padellaro, Esq.<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141 | James Bowers, Esq.<br>Assistant City Solicitor<br>Lawrence City Hall, Room 306<br>200 Common Street<br>Lawrence, MA 01840. |

                                        /s/ Kathleen A. Pennini
                                        Kathleen A. Pennini