## Law Offices of
## MONAHAN & PADELLARO

ATTORNEYS-AT-LAW
BULFINCH SQUARE
43 THORNDIKE STREET
CAMBRIDGE, MASSACHUSETTS 02141-1714

TEL (617) 494-1188
FAX (617) 494 0433

JOSEPH W. MONAHAN, III
MARC D. PADELLARO
M. JANE WALSH
THOMAS J. FREDA
CHRISTIAN A. PAHL

E-MAIL
mplaw@bellatlantic.net

January 11, 2006

Clerk
United States District Court
Suite 2300
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Heather Gauthier vs. Ricky Santiago, Unknown Police Officers and the City of Lawrence
      Case Number:   05CV10136 RWZ

Dear Sir/Madam:

The parties reported the case to mediation in December. Given a pre-trial date in March and the plaintiff's open discovery (held until completion of mediation), time is somewhat of an issue. If the court could assign a mediator to this case at its earliest convenience, it would be appreciated.

Thank you.

Very truly yours,

Marc D. Padellaro

MDP:sc
cc:   James M. Bowers, Esquire
      Matthew E. Dwyer, Esquire