UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

HEATHER GAUTHIER
**Plaintiff**


Vs                                                    CA 05-10136RWZ


RICKY SANTIAGO, a City of Lawrence
Police Officer, In his Individual and
Official Capacities, and the CITY
OF LAWRENCE, et al


**NOTICE OF APPEARANCE**


**TO THE CLERK OF THE DISTRICT COURT**

Please enter my appearance as co-counsel with Attorney Marc Padellaro on behalf of the

Plaintiff in the above – entitled matter.

Respectfully submitted,


/s/Thomas J. Freda
Thomas J. Freda, Esquire
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA 02141
(617)494-1188
BBO NO:178150


Dated: March 3, 2006